IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )          8:04CR488
                                         )
        v.                               )
                                         )          REASSIGNMENT ORDER
DUANE LEVERING,                          )
                                         )
                    Defendant.           )
                                         )

        IT IS ORDERED that, in the interest of judicial economy, this case is reassigned

to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate

Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

        DATED this 21st day of April, 2005.

                        BY THE COURT:


                        s/Joseph F. Bataillon
                        JOSEPH F. BATAILLON
                        UNITED STATES DISTRICT JUDGE