I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
F<small>OR THE</small> D<small>ISTRICT OF</small> N<small>EBRASKA</small>

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>DUANE LEVERING,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　)   | CASE NO. 8:04CR488<br><br>**O R D E R** |

THIS MATTER came before the Court on the 13th day of July, 2005, on the Motion of the Defendant for an order to seal a certain document. (Filing No. 40)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal Document shall be filed under seal.

　　　　　　　　　　　　　　　　BY THE COURT:


Date: July 13, 2005　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　United States District Judge