IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr488 |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE LEVERING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Numbers 47 and 48 be stricken from the record for the following reason(s):

• Documents filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 47 and 48 from the record.

DATED this 19th day of July, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge